

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 5, 2022

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:**   *United States v. Melissa Kanes*, **21 Cr. 248 (VSB)**

Dear Judge Broderick:

     A status conference in the above-captioned case is currently scheduled for February 8, 2022. The Government respectfully writes to request, on consent, an approximately three-week adjournment of the status conference, to allow the parties to finalize plea negotiations. The Government further requests that the time between February 8, 2022, and the next conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

     Respectfully submitted,

     DAMIAN WILLIAMS
     United States Attorney

by: ___/s/_____
     Micah F. Fergenson
     Assistant United States Attorney
     (212) 637-2190

cc:   Deborah Colson, Esq. (By ECF)

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.**  02/07/2022

     The status conference scheduled for February 8, 2022 is hereby adjourned to March 1, 2022 at 3:00 p.m. The adjournment is necessary to permit the parties to complete their plea negotiations in this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between February 8, 2022 and March 1, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.