UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
UNITED STATES OF AMERICA,        :
          :
        Plaintiff,   :
          :      21-CR-248-1 (VSB)
     - against -      :
          :      **ORDER**
MELISSA PANAYIOTA KANES,     :
          :
        Defendant.  :
          :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      The Court is in receipt of Defendant's request for a hearing, (Doc. 44), and the Government's motion for the entry of a final order of garnishment, (Doc. 46). The Court will hold a hearing regarding this dispute on May 20, 2025 at 11:00am in Courtroom 518, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY, 10007.

SO ORDERED.

Dated:  April 29, 2025
       New York, New York

                                          Vernon S. Broderick
                                          United States District Judge