UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
UNITED STATES OF AMERICA,          :
:
                Judgment Creditor,    :    21-CR-248-1 (VSB)
:
       - against -          :    **ORDER**
:
MELISSA PANAYIOTA KANES,           :
:
                Judgment Debtor,      :
:
       and                  :
:
THE VANGUARD GROUP INC, and        :
JANUS HENDERSON,                   :
:
                Garnishees.           :
:
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       The Court is in receipt of the Government's Motion in Support of its Proposed Preliminary Order of Forfeiture as to Substitute Assets. (Doc. 55.) Accordingly, it is hereby:

       ORDERED that the hearing currently scheduled in this matter for May 20, 2025 is ADJOURNED sine die. The Court will issue an order rescheduling the hearing upon receipt of the parties' availability.

       IT IS FURTHER ORDERED that Defendant shall submit any response to the Government's motion on or before June 4, 2025.

SO ORDERED.

Dated: May 19, 2025
       New York, New York

                                            Vernon S. Broderick
                                            United States District Judge