UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
UNITED STATES OF AMERICA,                             :
:
                      Judgment    :
                      Creditor,   :       21-CR-248-1 (VSB)
:
      - against -                                :       **ORDER**
:
MELISSA PANAYIOTA KANES,                              :
:
                      Judgment    :
                      Debtor,     :
:
      and                                         :
:
THE VANGUARD GROUP INC, and                           :
JANUS HENDERSON,                                      :
:
                      Garnishees. :
:
---------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       The Court will hold a hearing on the Government's pending motions, (*see* Docs. 46, 55), on June 11, 2025 at 2:30pm in Courtroom 518, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: May 20, 2025
       New York, New York

                                                Vernon S. Broderick
                                                United States District Judge