UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                        :

UNITED STATES OF AMERICA,            :

                            Judgment      :
                            Creditor,     :          21-CR-248-1 (VSB)

          - against -             :          **ORDER**

MELISSA PANAYIOTA KANES,     :

                            Judgment      :
                            Debtor,      :

          and                              :

THE VANGUARD GROUP INC, and  :
JANUS HENDERSON,                       :

                            Garnishees.  :
                                                 :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       I held a hearing in this matter on June 11, 2025. In accordance with my comments at the hearing, it is hereby:

       ORDERED that no later than July 1, 2025 at 5:00pm, each party shall file a supplemental brief, not to exceed eight (8) double-spaced pages, addressing the effect, if any, of *United States v. Myers*, 136 F.4th 917 (9th Cir. 2025) and *In re Davis*, No. 24-3090, 2025 WL 1551409 (9th Cir. June 2, 2025) on the pending motions.

Dated: June 12, 2025
       New York, New York

                                                              Vernon S. Broderick
                                                              United States District Judge